FILED

FEB - 7 2022

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| VDF FUTURECEUTICALS, INC., § <br> PLAINTIFF, § <br> § <br> V. § <br> § <br> FREED FOODS, INC, D/B/A § <br> NURTUREME, AND § <br> NURTUREME INC., § <br> DEFENDANTS. § | CAUSE NO. A-20-CV-00855-LY |

## ORDER CLOSING CASE

Before the court in the above styled and numbered cause is Plaintiff VDF Futureceuticals, Inc.'s Notice of Dismissal of Defendant Freed Foods, Inc. filed February 4, 2022 (Doc. #56). *See* Fed. R. Civ. P. 41(a)(1)(A)(i). By separate order the court dismissed Defendant Nurtureme, Inc., without prejudice and ordered that each party bear its own costs and fees. *See* Fed. R. Civ. P. 41(a)(2).

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this _7th_ day of February, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE